CO-386
10/2018

# United States District Court
# For the District of Columbia

Democratic National Committee, et al.,

           Plaintiff

vs

Donald J. Trump, et al.

           Defendant

Civil Action No. 1:25-cv-00952

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for  Democratic National Committee, et al.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Democratic Governors Association  which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Marc E. Elias
Signature

442007
BAR IDENTIFICATION NO.

Marc E. Elias
Print Name

250 Massachusetts Ave. NW, Suite 400
Address

Washington, DC 20001
City    State    Zip Code

(202) 968-4490
Phone Number