# IN THE DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LEAGUE OF UNITED LATIN AMERICAN
CITIZENS, *et al.*,
Plaintiffs,
v.
EXECUTIVE OFFICE OF THE PRESIDENT,
PRESIDENT, *et al.*,
Defendants,
and
REPUBLICAN NATIONAL COMMITTEE,
Intervenor-Defendant.

Civil Action No. 25-0946 (CKK)

---

DEMOCRATIC NATIONAL COMMITTEE,
*et al.*,
Plaintiffs,
v.
DONALD J. TRUMP, in his official capacity
as President of the United States, *et al.*,
Defendants,
and
REPUBLICAN NATIONAL COMMITTEE,
Intervenor-Defendant.

Civil Action No. 25-0952 (CKK)

---

LEAGUE OF WOMEN VOTERS
EDUCATION FUND, *et al.*,
Plaintiffs,
v.
DONALD J. TRUMP, in his official capacity
as President of the United States, *et al.*, )
Defendants,
and
REPUBLICAN NATIONAL COMMITTEE,
Intervenor-Defendant.

Civil Action No. 25-0955 (CKK)

---

**UNOPPOSED MOTION OF LAWYERS DEFENDING AMERICAN DEMOCRACY
FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF
THE NONPARTISAN PLAINTIFFS**[1]

---

[1] The term "Nonpartisan Plaintiffs" refers to the League of Women Voters Education Fund, League of Women Voters of the United States, League of Women Voters of Arizona, Hispanic Federation, National Association for the Advancement of Colored People, OCA-Asian Pacific American Advocates, Asian and

**INTRODUCTION**

Proposed amicus, Lawyers Defending American Democracy (LDAD), respectfully requests leave to file an amicus curiae brief in support of the Nonpartisan Plaintiffs' Motion for Partial Summary Judgment and in Opposition to the Defendants' and Intervenor-Defendant's Cross-Motions for Summary Judgment. Copies of the proposed amicus brief and the proposed Order accompany this motion. This motion is "filed in a timely manner" in accordance with Local Rule 7(o)(2) because briefing on the above-mentioned motions is not yet complete and, therefore, will not delay the Court's ability to rule on those pending motions.

**DISCUSSION**

The movant's interest in this case, as required to be set forth by Local Rule 7(o)(2), is as follows: LDAD is a non-profit, non-partisan organization devoted to encouraging the legal profession to enforce and uphold principles of American democracy and law, consistent with our obligations as lawyers; demanding accountability from lawyers and public officials; and identifying attacks on legal norms and prescribing redress for them. LDAD's mission is to defend the underlying constitutional values and norms of political behavior on which our democracy depends, including the rule of law, institutional checks and balances, separation of powers, press freedom, and the integrity of our system of justice. LDAD's Board of Directors includes, among others, a retired state supreme court justice, a former state attorney general, retired partners and managing partners of major law firms, past presidents of two state bar associations, business entrepreneurs, and legal academics.

---

Pacific Islander American Vote, League of United Latin American Citizens, Secure Families Initiative, and Arizona Students' Association. See ECF No.145-1 at 10 n.1.

The issues raised in this case are directly relevant to LDAD's mission and interests. The right to vote is one of the bedrock principles on which American democracy is premised. That right is protected by the Fifteenth Amendment to the United States Constitution and the Voting Rights Act of 1965. Congress enacted the National Voter Registration Act (NVRA) and the Help Americans Vote Act (HAVA) in furtherance of encouraging Americans to vote in federal elections by, among other things, establishing a Federal Form for registering to vote in federal elections that could be used in any State. HAVA also established a bipartisan, four-member Election Assistance Commission (EAC) with authority, on a vote of at least three Commissioners, to propose and promulgate rules implementing the Act pursuant to the Administrative Procedure Act's notice-and-comment provisions. The Executive Order in question commands the Commission to revise the Federal Form within thirty days to require registrants to submit documentary proof of their citizenship. By short-circuiting the carefully articulated scheme established in the NVRA and the HAVA to impose a major new documentation requirement on registrants using, and States processing, the Federal Form, the Executive Order threatens a pillar of American democracy. Consequently, the Nonpartisan Plaintiffs' success in this case is central to LDAD's mission and interests.

The proposed amicus brief provides a fuller discussion of the scope of the remedies available in this case. In particular, the amicus brief discusses how the Supreme Court's recent decision in Trump v. CASA, Inc., 145 S. Ct. 2540 (2025), which was issued subsequent to the Court's preliminary injunction order in favor of the Nonpartisan Plaintiffs, may affect such remedies. The amicus brief explains why CASA does not preclude this Court from making the previously-issued preliminary injunction permanent.

The accompanying amicus brief was authored entirely by amicus curiae and their attorneys, and not in any part by counsel for any party. No party or counsel for any party contributed money to fund preparing or submitting the accompanying amicus brief. Apart from amicus curiae, their members, and their counsel, no other person contributed money to fund preparing or submitting the accompanying amicus brief.

Finally, LDAD has consulted with counsel for the parties of record, as required by Local Ru le 7(o)(2), each of whom has consented to the filing of an amicus brief by LDAD.

## CONCLUSION

For these reasons, LDAD respectfully requests the Court grant it leave to file the attached amicus curiae brief in support of Plaintiff League of United Latin American Citizens.

Date: August 15, 2025

Respectfully submitted,

/s/ Aderson B. Francois
Aderson B. Francois
Civil Rights Clinic
Georgetown University Law Center
600 New Jersey Ave., NW
Washington, DC 20001
Phone: (202) 662-9065
aderson.francois@georgetown.edu

Counsel for Lawyers Defending American
Democracy

## LOCAL CIVIL RULE 26.1 CERTIFICATE

I, the undersigned, counsel of record for Lawyers Defending American Democracy, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Lawyers Defending American Democracy which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

/s/ Aderson B. Francois
Aderson B. Francois (D.C. Bar No. 498544)

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2025, I electronically filed this motion for leave to file amicus brief with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

/s/ Aderson B. Francois
Aderson B. Francois (D.C. Bar No. 498544)